SUNSET TELEPHONE & TELEGRAPH CO. v. HOSHOR et ux. (Circuit Court of Appeals, Ninth Circuit. February 4, 1918.) No. 3074. In Error to the District Court of the United States for the Southern Division of the Western District of Washington. Edward E. Cushman, Judge. H. D. Pillsbury, of San Francisco, Cal., and Charles O. Bates and Charles T. Peterson, both of Tacoma, Wash., for plaintiff in error. M. J. Gordon and J. H. Easterday, both of Tacoma, Wash., for defendants in error.

PER CURIAM. Pursuant to stipulation of counsel for the respective parties, filed January 11, 1918, writ of error dismissed, with prejudice, and without cost to either party.

TRABUE v. HEDGEPETH et al. (Circuit Court of Appeals, Third Circuit. February 2, 1918.) No. 2301. Appeal from the District Court of the United States for the Middle District of Pennsylvania; Witmer, Judge. Petition by Willett C. Trabue against V. W. B. Hedgepeth and Arthur C. Earnshaw, receivers of the Tippecanoe Securities Company and others. From an order dismissing the petition, petitioner appeals. Affirmed. J. Barton Rettew, of Philadelphia, Pa., and F. E. Scott, of Scranton, Pa., for appellant. H. R. Van Deusen, of Scranton, Pa., for appellees. Before McPHERSON and WOOLLEY, Circuit Judges.

PER CURIAM. We have read the record in this case, and find it presents no question of general interest. Judge Witmer was right in dismissing the petition for the reason thus stated in his unreported opinion: "The premium commissions that came into possession of the [Securities Company] were not impressed with a lien other than that of debtor and creditor. The Securities Company was not required to set a portion of its funds apart as [Trabue's] individual property, and it did in fact not so regard the same. There is now no special fund here to award, or which the court could distinguish as a fund or property of the petitioner. The amount due, whatever it may be, is but regarded as a debt due the petitioner, and must be presented and proven against the Securities Company on the distribution of the assets." The order is affirmed.

UNITED RYS. & ELECTRIC CO. OF BALTIMORE v. QUIGLEY. (Circuit Court of Appeals, Fourth Circuit. February 19, 1918.) No. 1602. In Error to the District Court of the United States at Baltimore, Md. Samuel K. Dennis, of Baltimore, Md., for plaintiff in error. Charles J. Bonaparte, of Baltimore, Md., for defendant in error.

PER CURIAM. Writ of error dismissed under rule 20 (150 Fed. xxxi, 79 C. C. A. xxxi) per agreement of attorneys.

UNITED STATES v. BALTIMORE & O. R. CO. (Circuit Court of Appeals, Fourth Circuit. November 10, 1916.) No. 1436. In Error to the District Court of the United States at Philippi, W. Va. S. W. Walker, U. S. Atty., of Martinsburg, W. Va., and Philip J. Doherty, Sp. Asst. U. S. Atty., of Washington, D. C., for plaintiff in error. Arthur S. Dayton, of Philippi, W. Va., for defendant in error.

PER CURIAM. Writ of error dismissed on motion of plaintiff in error by and with consent of defendant in error.